1  Jason C. Murray (CA Bar No. 169806)
   Robert B. McNary (CA Bar No. 253745)
2  CROWELL & MORING LLP
   515 South Flower St., 40th Floor
3  Los Angeles, CA 90071
   Telephone: 213-443-5582
4  Facsimile: 213-622-2690
   Email: jmurray@crowell.com
5          rmcnary@crowell.com

6  Jerome A. Murphy (*pro hac vice*)
   Matthew J. McBurney (*pro hac vice*)
7  Astor H.L. Heaven (*pro hac vice*)
   CROWELL & MORING LLP
8  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004
9  Telephone: 202-624-2500
   Facsimile:  202-628-5116
10 Email: jmurphy@crowell.com
           mmcburney@crowell.com
11         aheaven@crowell.com

12

13 *Attorneys for Plaintiff Target Corporation*

14                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
15                        **SAN FRANCISCO DIVISION**

16
   IN RE: CATHODE RAY TUBE (CRT)
17 ANTITRUST LITIGATION

18
                                          Master File No. 3:07-cv-05944-SC
19
   This Document Relates to:              MDL No. 1917
20
    *Target Corp. v. Chunghwa Picture Tubes,*
21 *Ltd., et al.*, Case No. 3:11-cv-05514-SC   **STIPULATION AND** ~~[PROPOSED]~~
                                          **ORDER DISMISSING WITH PREJUDICE**
22 *Target Corp., et al. v. Technicolor SA, et* **PLAINTIFF'S CLAIMS UNDER STATE**
   *al.*, Case No. 3:13-cv-05686-SC       **LAW**
23
                                          Judge:  Hon. Samuel Conti
24

25

26

27

28

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Target Corporation ("Plaintiff"), and defendants Chunghwa Picture Tubes, Ltd., Chunghwa Picture Tubes (Malaysia), Irico Group Corporation, Irico Group Electronics Co., Ltd., Irico Display Devices Co., Ltd., LG Electronics, Inc., LG Electronics USA, Inc., LP Displays International Ltd., Hitachi, Ltd., Hitachi Displays, Ltd., Hitachi America, Ltd., Hitachi Asia, Ltd., Hitachi Electronic Devices (USA), Inc., Panasonic Corporation, Panasonic Corporation of North America, MT Picture Display Co., Ltd., Beijing Matsushita Color CRT Co., Ltd., Koninklijke Philips Electronics N.V., Philips Electronics North America Corporation, Philips Electronics Industries (Taiwan), Ltd., Philips da Amazonia Industria Electronica Ltda., Samsung SDI Co., Ltd., Samsung SDI America, Inc., Samsung SDI Mexico S.A. de C.V., Samsung SDI Brasil Ltda., Shenzhen Samsung SDI Co., Ltd., Tianjin Samsung SDI Co., Ltd., Samsung SDI (Malaysia) Sdn. Bhd., Samtel Color Ltd., Thai CRT Co., Ltd., Toshiba Corporation, Toshiba America, Inc., Toshiba America Consumer Products, LLC, Toshiba America Electronic Components, Inc., Toshiba America Information Systems, Inc., Technicolor SA (f/k/a Thomson SA); Technicolor USA, Inc. (f/k/a Thomson Consumer Electronics, Inc.), Videocon Industries, Ltd., Technologies Displays Americas LLC (f/k/a Thomson Displays Americas LLC), Mitsubishi Electric Corporation, Mitsubishi Electric Visual Solutions America, Inc., and Mitsubishi Electric & Electronics USA, Inc., being all the defendants in this case (collectively, "Defendants") state as follow:

On October 3, 2013, Target Corporation filed its Second Amended Complaint ("SAC") in individual case number 3:11-cv-05514-SC (MDL Master Dkt. No. 1981). On December 9, 2013, Target filed its Complaint in individual case number 3:13-cv-05686-SC (Ind. Case Dkt. No. 1) (the "Thomson/Mitsubishi/TDA Complaint"). The SAC and the Thomson/Mitsubishi/TDA Complaint are the "Complaints." In the Complaints, Target asserts claims for relief against Defendants under the Sherman Act, the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code

10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*

Plaintiff now desires to dismiss with prejudice its claims against Defendants under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.*   Plaintiff is not dismissing, and will continue to prosecute, its claims against Defendants under the Sherman Act.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE that the claims of Plaintiff asserted against Defendants in these cases under the California Cartwright Act, California's Unfair Competition Law, California Business and Professional Code §17200, *et seq.*, Arizona Revised Stat. § 44-1401, *et seq.*, Florida Stat. §501.201, *et seq.*, Illinois Antitrust Act, 740 Illinois Code 10/1, *et seq.*, Iowa Code §§ 553.1, *et. seq.*, Kansas Stat. Ann. §§ 50-101, *et. seq.*, Michigan Comp. Laws Ann. §§ 445.771, *et seq.*, Minnesota Stat. §§ 325D.50, *et seq.*, New York General Business Law §§ 340, *et seq.*, North Carolina Gen. Stat. §§ 75-1, *et seq.*, and Wisconsin Stat. §§ 133.01, *et seq.* are dismissed with prejudice.  Both Plaintiff and Defendants agree to bear their own costs and fees with respect to the dismissed claims.  This dismissal does not apply to the claims of Plaintiff asserted against Defendants in these cases under the Sherman Act.

//

//

//

//

Dated: November 5, 2014

/s/ Jason C. Murray

Jason C. Murray (CA Bar No. 169806)
Robert B. McNary (CA Bar No. 253745)
CROWELL & MORING LLP
515 South Flower St., 40th Floor
Los Angeles, CA 90071
Telephone: 213-443-5582
Facsimile: 213-622-2690
Email: jmurray@crowell.com
            rmcnary@crowell.com

Jerome A. Murphy (*pro hac vice*)
Matthew J. McBurney *(pro hac vice)*
Astor H.L. Heaven *(pro hac vice)*
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: 202-624-2500
Facsimile:  202-628-5116
Email: jmurphy@crowell.com
            mmcburney@crowell.com
            aheaven@crowell.com

*Attorney for Plaintiff Target Corporation*

1

2
                                        */s/ Joel Steven Sanders*

3                                       Joel Steven Sanders
                                        jsanders@gibsondunn.com
4                                       Rachel S. Brass
                                        rbrass@gibsondunn.com
5                                       Christine A. Fujita
                                        cfujita@gibsondunn.com
6                                       GIBSON, DUNN & CRUTCHER LLP
                                        555 Mission Street
7                                       Suite 3000
                                        San Francisco, CA 94105-2933
8                                       Tel: 415-393-8200

9
                                        *Counsel for Defendants Chunghwa Picture*
10                                      *Tubes, Ltd. and Chunghwa Picture Tubes*
                                        *(Malaysia)*
11

12
                                        */s/ Jeffrey L. Kessler*
13                                      Jeffrey L. Kessler
                                        jkessler@winston.com
14                                      A. Paul Victor
                                        pvictor@winston.com
15                                      Eva W. Cole
                                        ewcole@winston.com
16                                      Molly M. Donovan
                                        mmdonovan@winston.com
17                                      WINSTON & STRAWN LLP
                                        200 Park Avenue
18                                      New York, NY 10166-4193
                                        Tel: (212) 294-6700
19

20                                      David L. Yohai
                                        david.yohai@weil.com
21                                      Steven A. Reiss
                                        steven.reiss@weil.com
22                                      Adam C. Hemlock
                                        adam.hemlock@weil.com
23                                      WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
24                                      New York, NY 10153
                                        Tel: (212) 310-8000
25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, and MT Picture Display Co., Ltd.*


/s/ Hojoon Hwang

Hojoon Hwang
hojoon.hwang@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
Tel: (415) 512-4000

William D. Temko
william.temko@mto.com
Jonathan E. Altman
jonathan.altman@mto.com
Bethany W. Kristovich
bethany.kristovich@mto.com
MUNGER TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel. (213) 683-9100

*Counsel for Defendants LG Electronics, Inc. and LG Electronics USA, Inc.*


/s/ Mark C. Dosker

Mark C. Dosker
mark.dosker@squiresanders.com
Nathan Lane, III
nathan.lane@squiresanders.com
SQUIRE SANDERS LLP
275 Battery Street, Suite 2600
San Francisco, CA 94111
Tel: (415) 954-0200

*Counsel for Defendant Technologies Displays Americas LLC and Videocon Industries, Ltd.*

1

2          /s/ John Taladay

3          John Taladay
           john.taladay@bakerbotts.com
4          Joseph Ostoyich
           joseph.ostoyich@bakerbotts.com
5          Charles M. Malaise
           Charles.malaise@bakerbotts.com
6          Erik T. Koons
           erik.koons@bakerbotts.com
7          BAKER BOTTS LLP
           The Warner
8          1299 Pennsylvania Avenue, NW
           Washington, DC 20004-2400
9          Tel: (202) 639-7909

10         Jon V. Swenson
           jon.swenson@bakerbotts.com
11         BAKER BOTTS LLP
           1001 Page Mill Road
12         Building One, Suite 200
           Palo Alto, CA 94304
13         Tel. (650) 739-7500

14
           *Counsel for Defendants Koninklijke Philips*
15         *Electronics N.V., Philips Electronics North*
           *America Corporation, Philips Electronics*
16         *Industries (Taiwan), Ltd., and Philips da*
           *Amazonia Industria Electronica Ltda.*
17

18

19         /s/ Richard Snyder

20         Christine Laciak
           christine.laciak@freshfields.com
21         Richard Snyder
           richard.snyder@freshfields.com
22         Craig D. Minerva
           craig.minerva@freshfields.com
23         Bruce C. McCulloch
           bruce.mcculloch@freshfields.com
24         Terry Calvani
           terry.calvani@freshfields.com
25         FRESHFIELDS BRUCKHAUS &
           DERINGER US, LLP
26         700 13th Street, NW, 10th Floor

27

28

Washington, DC 20005-3960
Tel: (202) 777-4500

*Counsel for Defendant Beijing
Matsushita Color CRT Co., Ltd.*


*/s/ Lucius B. Lau*
_____
Christopher M. Curran
ccurran@whitecase.com
Lucius B. Lau
alau@whitecase.com
Dana E. Foster
defoster@whitecase.com
WHITE & CASE, LLP
701 13th Street, NW
Washington, DC 20005
Tel: (202) 626-3600

*Counsel for Defendants Toshiba
Corporation, Toshiba America, Inc.,
Toshiba America Information Systems, Inc.,
Toshiba America Consumer Products,
L.L.C., and Toshiba America Electronic
Components, Inc.*


*/s/ Eliot A. Adelson*
_____
Eliot A. Adelson
eadelson@kirkland.com
James Maxwell Cooper
max.cooper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

James H. Mutchnik
jmutchnik@kirkland.com
Kate Wheaton
kate.wheaton@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654

1   Telephone: (312) 862-2000
    Facsimile: (312) 862-2200
2   *Counsel for Defendants Hitachi, Ltd.,*
    *Hitachi Displays, Ltd., Hitachi Asia, Ltd.,*
3   *Hitachi America, Ltd., and Hitachi*
    *Electronic Devices (USA), Inc.,*
4

5   */s/ James L. McGinnis*
    _____
6   Gary L. Halling
    ghalling@sheppardmullin.com
7   James L. McGinnis
    jmcginnis@sheppardmullin.com
8   Michael Scarborough
    mscarborough@sheppardmullin.com
9   SHEPPARD MULLIN RICHTER &
    HAMPTON LLP
10  Four Embarcadero Center, 17th Floor
    San Francisco, CA 94111
11  Tel: (415) 434-9100
12
    *Counsel for Defendants Samsung SDI*
13  *America, Inc., Samsung SDI Co., Ltd.,*
    *Samsung SDI Mexico S.A. de C.V., Samsung*
14  *SDI Brasil Ltda., Shenzhen Samsung SDI*
    *Co., Ltd., Tianjin Samsung SDI Co., Ltd.,*
15  *and Samsung SDI (Malaysia) Sdn. Bhd.*
16

17  */s/ Terrence J. Truax*
    _____
18  Brent Caslin
    bcaslin@jenner.com
19  JENNER & BLOCK LLP
    633 West 5th Street, Suite 3600
20  Los Angeles, CA 90071-2054
    Tel: (213) 239-5100
21

22  Terrence J. Truax
    ttruax@jenner.com
23  Michael T. Brody
    mbrody@jenner.com
24  Shaun M. Van Horn
    svanhorn@jenner.com
25  Gabriel A. Fuentes
    gfuentes@jenner.com
26  Molly M. Powers
27

28
    _____
    STIP. AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE
    PLAINTIFF'S CLAIMS UNDER STATE LAW MDL NO. 1917

mpowers@jenner.com
JENNER & BLOCK LLP
353 North Clark Street
Chicago, IL 60654
Tel: (312) 222-9350

*Counsel for Mitsubishi Electric
Corporation, Mitsubishi Electric &
Electronics USA, Inc. and Mitsubishi
Electric Visual Solutions America,
Inc.*

/s/ Kathy Osborn

Calvin L. Litsey
calvin.litsey@faegrebd.com
FAEGRE BAKER DANIELS LLP
1950 University Avenue, Suite 450
East Palo Alto, CA 94303-2279
Tel: (650) 324-6700

Kathy Osborn
kathy.osborn@faegrebd.com
Ryan M. Hurley
ryan.hurley@faegrebd.com
FAEGRE BAKER DANIELS LLP
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204
Tel: (317) 237-0300

Jeffrey S. Roberts
Jeff.roberts@faegrebd.com
FAEGRE BAKER DANIELS LLP
3200 Wells Fargo
1700 Lincoln Street
Denver, CO 80203
Tel: (303) 607-3500

Stephen M. Judge
Steve.judge@faegrebd.com
FAEGRE BAKER DANIELS LLP
202 S. Michigan Street, Suite 1400
South Bend, IN 46601
Tel: (574) 234-4149

*Counsel for Defendants Technicolor SA and
Technicolor USA, Inc.*

1

2

       Pursuant to General Order No. 45, § X-B, the filer asserts that concurrence in the filing of this document has been obtained from each of the above signatories.

3

4   Dated:  November 5, 2014                          By: /s/Jason C. Murray
                                                           Jason C. Murray

5   **IT IS SO ORDERED.**

6

7   Dated: _____11/24/2014_____

8                                                  Hon. Sa
                                                   United S

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28